UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ECOGENSUS LLC, et al.,

        Plaintiffs,

                                                             1:20-cv-3629

   v.

MATTHEW PACELLA, et al,                **ORDER FOR ADMISSION**
                                                                 *PRO HAC VICE*

        Defendants.
-----------------------------------------------------------X

      The motion of Alexander G. Tievsky for admission to practice *pro hac vice* in the above captioned action is granted.

      Alexander G. Tievsky has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Alexander G. Tievsky
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370 / Facsimile: (312) 589-6378
atievsky@edelson.com

      Alexander G. Tievsky having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Edelson PC, Jay Edelson, and Benjamin Richman in the above entitled action;

      **IT IS HEREBY ORDERED** that Alexander G. Tievsky is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Entered: _____                    _____
                                                         HONORABLE VERNON S. BRODERICK
                                                         UNITED STATES DISTRICT JUDGE