**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**ECOGENSUS, LLC, et al.**, a Delaware
a limited liability counsel,

                        Plaintiff,                     No. 1:20-cv-03629-VSB

    -against-

                                                   **MOTION FOR ADMISSION**

                                                   **PRO HAC VICE**

**PACELLA, et al.**, an individual,

                                      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, <u>     Patrick H. Peluso          </u>, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Matthew Pacella  </u>, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>     Colorado          </u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2020                Respectfully Submitted,

                                        Applicant's Signature: <u>/s/ Patrick H. Peluso          </u>

                                        Applicant's Name: <u>Patrick H. Peluso              </u>

                                        Firm Name: <u>Woodrow & Peluso, LLC              </u>

                                        Address: <u> 3900 E. Mexico Ave., Suite 300          </u>

                                        City/State/Zip: <u>Denver, CO 80210                </u>

                                        Telephone: <u>(720) 213-0676                  </u>

                                        Fax: <u>(303) 927-0809                        </u>

                                        Email: <u>ppeluso@woodrowpeluso.com              </u>

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

**ECOGENSUS, LLC, et al.**, a Delaware
a limited liability counsel,                                                    No. 1:20-cv-03629-VSB

                                                                                                           **AFFIDAVIT IN SUPPORT OF**
                                          Plaintiff,                          **MOTION TO ADMIT COUNSEL**
v.                                                                                        *PRO HAC VICE*

**PACELLA, et al.**, an individual,

                                                     Defendant.

I,    Patrick H. Peluso   , being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Woodrow & Peluso, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Colorado.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 47642
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case <u>1:20-cv-03629-VSB</u> for <u>Defendant Matthew Pacella.</u>

Date 6/4/2020
   Denver, CO

                                                     /s/ Patrick H. Peluso
                                                Signature of Movant

                                                Firm Name: Woodrow & Peluso, LLC

**NOTARIZED**                        Address: 3900 E. Mexico Ave., Suite 300

                                                City/State/Zip: Denver, CO 80210

                                                Email: ppeluso@woodrowpeluso.com

                                                Phone: (720) 213-0676

                                                Fax: (303) 927-0809



# State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**  Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

# Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A. D. **2014** and that at the date hereof the said **Patrick Harry Peluso**

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **1st** day of **May** A. D. **2020**

**Cheryl Stevens**
*Clerk*

By _____
*Deputy Clerk*