**Edelson PC**

350 North LaSalle Street, 14th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

June 9, 2020

*VIA CM/ECF*

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Ecogensus LLC v. Pacella*, No. 1:20-cv-3629

Dear Judge Broderick:

    Ryan Andrews and I appreciate the Court's flexibility in granting our *pro hac vice* motions based on the certificates of good standing issued by the Illinois Attorney Registration and Disciplinary Commission. As requested by the Clerk's office, we have now obtained and attached certificates of good standing issued by the Clerk of the Supreme Court of Illinois.

    Respectfully Submitted,

    EDELSON PC

    */s/ Alexander G. Tievsky*

    Alexander G. Tievsky

CC: all counsel of record

Attachments

Chicago | San Francisco