UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

**ECOGENSUS, LLC, et al.**, a Delaware
a limited liability counsel,

                       Plaintiff,          No. 1:20-cv-03629-VSB

     -against-

                                        **ORDER FOR ADMISSION**

                                        **PRO HAC VICE**

**PACELLA, et al.**, an individual,

                                   <u>Defendant.</u>

        The motion of <u>      Patrick H. Peluso                 </u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>       Colorado       </u>; and that his/her contact information is as follows (please print):

        Applicant's Name: <u>Patrick H. Peluso</u>

        Firm Name: <u>Woodrow & Peluso, LLC</u>

        Address: <u>3900 E. Mexico Ave, Suite 300</u>

        City / State / Zip: <u>Denver, CO 80210</u>

        Telephone / Fax: <u>(720) 213-0676 / (303) 927-0809</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>  Matthew Pacella  </u> in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:<u>            </u>                                                 <u>                                     </u>

                                                                               United States District / Magistrate Judge