UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ECOGENSUS, LLC,
VIKINGPEAK ENERGY FUELS, LLC,
VIKINGPEAK MANAGEMENT COMPANY, LLC
VIKINGPEAK CAPITAL GROUP, LLC,
BJØRNULF ØSTVIK,

              Plaintiffs,

    v.

MATTHEW PACELLA,
MICHAEL M. MELNIK,
JAY EDELSON
BENJAMIN RICHMAN
EDELSON PC,

              Defendants.
------------------------------------------------------------------ x

No.: 20-cv-3629 (VSB)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, _____**Todd M. Brooks**_____, being duly sworn, hereby depose and say as follows:

1. I am a(n) ____**Partner**____ with the law firm of __**Whiteford Taylor & Preston, LLP**__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _____**Maryland**_____.
4. There are no disciplinary proceedings against me in any state or federal court.
5. I ____**have not**____ been convicted of a felony. If you have, please describe facts and circumstances.
6. I ____**have not**____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: _____**0612120097**_____.
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case **1:20-cv-03629** for **Defendants Matthew Pacella and Michael M. Melnik**.

Dated: July 29, 2020

                                                    Signature of Movant

NOTARIZED

7/29/2020

Firm Name: __Whiteford Taylor & Preston, LLP__
Address: __Seven Saint Paul Street, 15th Floor__
City/State/Zip: __Baltimore, Maryland 21202__
Telephone: __(410) 347-9421__
Fax: __(410) 234-2318__
Email: __tbrooks@wtplaw.com__

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 2006,

## Todd Michael Brooks

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-ninth day of July, 2020.



*Clerk of the Court of Appeals of Maryland*