USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ECOGENSUS LLC et. al.,                                      :
:
                    Plaintiffs,                   :
:
        -against-                                         :
:
MATTHEW PACELLA et. al.,                                    :    20-CV-3629 (VSB)
:
                    Defendants.                   :    **ORDER**
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' July 31, 2020 and August 14, 2020 letter motions requesting that following documents remain under seal: 1) Benjamin H. Richman, Jay Edelson, and Edelson PC's (the "Edelson Defendants") memorandum in support of their motion to dismiss and the accompanying exhibits; 2) Edelson Defendants' motion for sanctions; 3) Edelson Defendants' memorandum in support of their motion for sanctions and the accompanying exhibits; 4) the declarations of Benjamin H. Richman, Jay Edelson, and Matthew Pacella and the accompanying exhibits; 4) exhibit 1 to the declaration of Alexander G. Tievsky; 5) Plaintiffs' memorandum of law in opposition to Edelson Defendants' motion for sanctions; and 6) the August 14, 2020 Declaration of Bjørnulf Østvik and the accompanying exhibits. (Docs. 45, 72.) It is hereby:

      ORDERED that Plaintiffs, Edelson Defendants and any interested third party shall meet and confer with regard to the documents the parties have provisionally filed under seal and any disputed redactions. The parties are directed to provide a joint supplemental submission detailing: 1) why each document currently filed under seal should remain under seal, 2) why

documents that the parties wish to remain entirely under seal cannot be appropriately redacted; and 3) any disagreement as to proposed redactions by August 28, 2020.

SO ORDERED.

Dated: August 17, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge