

August 14, 2020

In light of Plaintiffs' submission, I believe Defendants' request is moot. The parties shall notify the Court if they believe Plaintiffs' submission does not resolve the issue.

SO ORDERED:

_Vernon Broderick_
HON. VERNON S. BRODERICK 8/17/2020
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Ecogensus, LLC et al. v. Pacella et al.*, 20cv3629
   Response to Edelson Motion For Designation of Service Method

Dear Judge Broderick,

This law firm is counsel to all Plaintiffs in the above-referenced action. This letter responds briefly to the Edelson Defendants' Letter Motion dated August 12, 2020, in this action to "compel counsel to provide a reasonable method for service of documents." ECF Docket # 70. We do not understand why the Edelson Defendants saw fit to trouble the Court with this matter, since our office's email dated August 10, 2020, advised that our building's prior difficulties with distribution of hard-copy mail have been resolved. However, since this representation was, apparently, not good enough, and in an effort to spare the Court from having to consider this matter in any detail, we will consent to e-mail service of documents in this action, i.e., *Ecogensus, LLC et al. v. Pacella et al.*, 20cv3629, whether or not such documents have been also filed via ECF. We ask that all counsel from Guzov, LLC who have appeared in this action be copied on any such service. This consent is expressly limited to documents in this action only, and should not be interpreted as consent or permission to serve documents in any other matter by email on any Plaintiff.

Respectfully submitted,

GUZOV, LLC

By: Debra J. Guzov, Esq.

cc: Duncan P. Levin, Esq.
   All Counsel of Record (via ECF)

GUZOVLLC.COM  805 Third Avenue, 8th Floor
New York, NY 10022  T 212.371.8008  F 212.901.2122