UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
ECOGENSUS LLC et. al.,                                 :
:
                     Plaintiffs,             :
:
        -against-                              :
:
MATTHEW PACELLA et. al.,                               :    20-CV-3629 (VSB)
:
                     Defendants.             :    **ORDER**
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On August 4, 2020, Plaintiffs and Defendant Matthew Pacella appeared before me for an Order to Show Cause hearing regarding Plaintiff's motion for a temporary restraining order and/or preliminary injunction related to Defendant Pacella's alleged attempts to contact or connect with computers, network, or email accounts owned and maintained by Plaintiffs. During the hearing, the parties came to an agreement to resolve the issue. It is hereby:

       ORDERED that the representations made by the parties during the August 4, 2020 hearing constitute the parties' agreement resolving the matter.

SO ORDERED.

Dated: August 26, 2020
       New York, New York

*Vernon S. Broderick*
United States District Judge