**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ECOGENSUS LLC, VIKINGPEAK ENERGY
FUELS LLC, VIKINGPEAK MANAGEMENT
COMPANY, LLC, VIKINGPEAK CAPITAL
GROUP LLC and BJØRNULF ØSTVIK,

                          Plaintiffs,
      -against-

MATTHEW PACELLA, MICHAEL M.
MELNIK, JAY EDELSON, BENJAMIN
RICHMAN and EDELSON PC,

                          Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

20 **CIVIL** 3629 (VSB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2022, Defendants' motions to dismiss based upon a lack of personal jurisdiction are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2022

                                            **RUBY J. KRAJICK**
                                             Clerk of Court
                        BY:
                                                  **Deputy Clerk**